GEORGIA KILPATRICK *v.* CONNECTICUT EDUCATION
ASSOCIATION, INC.

The plaintiff's petition for certification for appeal
from the Appellate Court, 23 Conn. App. 727, is denied.

*Georgia Kilpatrick,* pro se, in support of the petition.

*William J. Dolan,* in opposition.

Decided April 11, 1991

TODD LAVIGNE *v.* WARDEN, STATE PRISON

The plaintiff's petition for certification for appeal
from the Appellate Court, 24 Conn. App. 24, is denied.

*Louis S. Avitabile,* in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney,
in opposition.

Decided April 11, 1991